| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | |
| BRUCE ALLEN JOHNSON, JR. | * | AG No. 40 September Term, 2023 |
| | * | |

# O R D E R

Upon consideration of the parties' joint petition to suspend the respondent for 60 days, stayed in favor of 12 months of probation, in which respondent agrees that the conduct described in the petition violates Rules 19-301.1, 19-301.5, 19-301.7, 19-301.8, 19-301.15, and 19-308.4 of the Maryland Attorneys' Rules of Professional Conduct, it is this 16th day of February 2024, by the Supreme Court of Maryland, a majority of the court concurring,

ORDERED that Bruce Allen Johnson, Jr. is suspended for 60 days from the practice of law in the State of Maryland; and it is further

ORDERED that the suspension is stayed in favor of 12 months of probation under the terms contained in the Probation Agreement.

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk